UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VDPP, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>OPTOMA TECHNOLOGY, INC.,<br><br>        Defendant. | Case No. 24-cv-01118-EKL<br><br>**ORDER TO SHOW CASE RE DISMISSAL** |

On September 20, 2024, the parties reported they reached an agreement in principle and requested that all deadlines and hearings be stayed for 30 days. ECF No. 32. The Court granted the parties' request and ordered the parties to file a request for dismissal or a status report no later than October 23, 2024. ECF No. 33. As of the date of this Order, the parties have failed to do so. The parties are hereby ORDERED TO SHOW CAUSE, in writing and no later than December 19, 2024, why the case should not be dismissed without prejudice for failure to follow court order. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: December 5, 2024

Eumi K. Lee
United States District Judge